```
                                    FILED
                              2007 APR -6  AM 8: 19
                              CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY _____ XD DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 05cr0108-002-BTM |
|---|---|
| Plaintiff, | |
| vs. | ORDER RE: CJA VOUCHER |
| MIGUEL ANGEL MAURIN (02), | |
| Defendant. | |

This matter came before the court on the application of Bernard G. Skomal, Esq. for approval of his CJA voucher in the amount of $11,141.20 in fees for representing a defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant is $7,000.00 unless the court finds that the representation was extended or complex.

After reviewing the record and Mr. Skomal's letter dated March 13, 2007, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the voucher in the amount of $11,141.20.

Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

IT IS SO ORDERED.

Dated: 4-5-2007

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

05cr0108